**Entered on Docket**
**April 12, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association as Trustee, its assignees and/or successors and the servicing agent
WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31596-lbr |
| | ) |
| Walter L. Carrasco, | ) Chapter 13 |
| | ) |
|        Debtor. | ) DATE: 03/31/10 |
| | ) TIME: 10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

1   The Motion for Relief from Automatic Stay came on regularly for hearing at the date and

2   time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

3   supporting evidence, and good cause appearing, the Court rules as follows:

4   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

5   provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

6   Movant in the real property commonly known as 3779 Kingfisher Way, Las Vegas, NV 89103,

7   EFFECTIVE Seven (7) days after the filing of written documentation of the denial of debtor's

8   loan modification application with this Court.

9   Secured Creditor will provide not less than 7 days notice of the date, time, and location of

10  the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

11

12  IT IS SO ORDERED.

13

14

15  Submitted by:
    McCarthy & Holthus, LLP

16
    */s/Christopher K. Lezak*_____
17  Christopher K. Lezak, Esq.
    9510 West Sahara Avenue, Suite 110
18  Las Vegas, NV  89117
    702-685-0329
19

20
    Approved/Disapproved
21
    *Emailed 04/02/10-no response received*__
22  Lisa J. Garofalo, Esq.
    1020 Garces Ave.
23  Las Vegas, NV 89101
    702-880-5554
24

25  Approved/Disapproved

26
    *Emailed 04/02/10-no response received*_
27  Rick A. Yarnall
    701 Bridger Avenue, #820
28  Las Vegas, NV 89101

29

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Lisa J. Garofalo- Emailed 04/02/10-no response received

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall - Emailed 04/02/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*                    M&H File No. NV-09-16379
                                                      09-31596-lbr