Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, US Bank National Association as Trustee, it assignees and/or successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | Case No. 09-31596-lbr |
|---|---|---|
| Walter L. Carrasco, | ) | Chapter 13 |
|  | ) | **SUPPLEMENTAL DECLARATION TO THE ORDER TERMINATING AUTOMATIC STAY** |
| Debtor | ) |  |
|  | ) | DATE:  03/31/10 |
|  | ) | TIME:   10:00 am |
|  | ) | CTRM:  1 |
|  | ) | PLACE: 300 Las Vegas Boulevard South |
|  | ) |             Las Vegas, NV 89101 |

1.     On April 12, 2010, an Order granting Movant U.S. Bank National Association's motion for relief from automatic stay was entered by this Court as to the real property commonly known as 3779 Kingfisher Way, Las Vegas, Nevada.  The Order provided that relief would not be effective until Movant provided documentation of the prior loan modification denial.

///

///

2. The loan modification was denied on or about June 11, 2009, as set forth in the letter from America's Servicing Company, attached hereto as **Exhibit "1."**

Dated: April 26, 2010           McCarthy & Holthus, LLP

By: /s/ Christopher K. Lezak
    Christopher K. Lezak, Esq.
    Kristin A. Schuler-Hintz, Esq.
    Attorney for Secured Creditor
    US Bank National Association as Trustee