

P.O. Box 10328
Des Moines, IA 50306-0328

```
June 11, 2009

Clarice D Gleason
Walter Carrasco
3779 Kingfisher Way
Las Vegas NV 89103
Dear Clarice D Gleason & Walter Carrasco :

RE: Loan Number 1115025850                              Client 106

After reviewing the information you provided, we must advise you your
request for Loan Modification has been denied for the following
reason:

    The investor has determined this request is not in their
    best interest.
    There may be alternative options available based
    on agency or investor guidelines and approval.

At this time there are no workout options available to you based on
your current financial information provided to us.

If you would like to be reconsidered for workout options, please call
us at (800) 662-3806. For additional assistance, you may also call
Consumer Credit Counseling Services at (800) 569-4287.

Sincerely,

America\s Servicing Company

America\s Servicing Company is required by the Fair Debt Collection
Practices Act to inform you that if your loan is currently delinquent
or in default, as your loan servicer, we will be attempting to collect
a debt, and any information obtained will be used for that purpose.
However, if you have received a discharge, and the loan was not
reaffirmed in the bankruptcy case, America\s Servicing Company
will only exercise its right as against the property and is not
attempting any act to collect the discharge debt from you personally.
```

EXHIBIT 1