

Entered on Docket
June 02, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

George Haines, Esq.  
Nevada Bar No. 9411  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Walter L. Carrasco  

E-FILED: April 28, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-31596-LBR |
|---|---|
| | ) Chapter 13 |
| **Walter L. Carrasco**, | ) Hearing Date: N/A |
| | ) Hearing Time: N/A |
| Debtor(s). | ) |

### ORDER ON MOTION TO EMPLOY HAINES & KRIEGER LOAN MODIFICATIONS, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

THE ABOVE Motion having been filed and timely notice provided to all interested parties pursuant to LR 9014.1 (negative notice procedures):

**IT IS ORDERED THAT** the Court hereby approves the employment of Haines & Krieger Loan Modifications, LLC to be paid as an administrative expense;

- 1 -

**IT IS FURTHER ORDERED THAT** the Chapter 13 trustee shall immediately begin disbursements from funds paid by the Debtor to Haines & Krieger Loan Modifications, LLC's in the amount of $3,500;

**IT IS FURTHER ORDERED THAT** the Chapter 13 Trustee shall be entitled to administrative fees pursuant to 11 U.S.C. Section 503(b) for funds disbursed pursuant to this Order;

DATED April 28, 2010.

HAINES & KRIEGER, L.L.C.

By: ___/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a Chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###