

**Entered on Docket
October 22, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
US Bank National Association as Trustee, it assignees and/or successors, and the servicing agent Wells Fargo Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31596-lbr |
| | ) |
| Walter L. Carrasco, | ) Chapter  13 |
| | ) |
| Debtor. | ) DATE:  09/16/10 |
| | ) TIME:   02:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

   The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                   M&H File No NV-09-16379
                                                 09-31596-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 3779 Kingfisher Way, Las Vegas, NV 89103.

IT IS FURTHER ORDERED that Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(702) 685-0329


Approved/Disapproved

*Emailed 10/12/10-no response received*\_
Michael Brock, Esq.
1020 Garces Ave.
Las Vegas, NV 89101
702-880-5554

Approved/Disapproved

*Upload Under 9021 10/13/10*\_\_\_\_\_
Rick A. Yarnall
701 Bridger Avenue, #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Michael Brock-Emailed 10/12/10-no response received

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall-Upload Under 9021-10/13/10

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.

*Rev. 12.09*     M&H File No NV-09-16379
                 09-31596-lbr